UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Case No. 09-cr-88-01/05-SM

Juan Garcia Hernandez, et al

### O R D E R

Defendant Janeth Sarmiento's assented-to motion to continue the trial for 60 days (document no. 47) is granted. Trial has been rescheduled for the August 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than June 15, 2009. On the filing of such waiver, her continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:     July 24, 2009 at 4:00 PM

    Jury Selection:               August 4, 2009 at 9:30 AM

    SO ORDERED.

June 3, 2009                        _____
                                      Steven J. McAuliffe
                                      Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal