UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                     Case No. 09-cr-88-01/05-SM

<u>Juan Garcia Hernandez, et al</u>

<u>O R D E R</u>

     Defendants motions to continue the trial for thirty days (document nos. 69 and 73) are granted. As discussed at the pretrial conference on October 14, 2009, the government noted that it would be seeking a superceding indictment promptly, and a trial date was set on the superceding indictment.

     Trial has been rescheduled for the December trial period. Defendants shall file a Waiver of Speedy Trial Rights not later than October 22, 2009.

     The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:    December 1, 2009 at 3:00 PM

    Jury Selection:    December 8, 2009 at 9:30 AM

    SO ORDERED.

October 15, 2009                    _____
                                        Steven J. McAuliffe
                                        Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal